UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD W. ILLES, SR., M.D., :
    Petitioner :
 :
    v. : CASE NO. 1:14-CV-873
 :
NANCY GIROUX, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 29th day of August, 2017, upon consideration of the thorough and well-reasoned report (Doc. 30) of Chief Magistrate Judge Susan E. Schwab, entered on May 2, 2017, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. Judge Schwab's report (Doc. 30) is ADOPTED.

2. Richard W. Illes, Sr., M.D.'s petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. A certificate of appealability is DENIED, as this court finds that Petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2).

4. The Clerk of Court is directed to CLOSE this case.

                                    /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge